# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

LILLIAN ROBLES RIVERA

    Plaintiff,

    v.

JC PENNEY PUERTO RICO, INC.,

    Defendant.

**Civil No. 12-1244 (SEC)**

## JUDGMENT

Pursuant to the parties' joint stipulation of dismissal (Docket # 22) and FED.R.CIV.P. 41(a)(1)(A)(ii), all claims in the above-captioned case are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 10th day of December, 2012.

*s/ Salvador E. Casellas*
SALVADOR E. CASELLAS
U.S. Senior District Judge